UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GIOVONTE DOUGLAS,

    Petitioner,

v.

JEFF LYNCH, Warden,

    Respondent.

Case No. 20-cv-07370-HSG

**ORDER OF DISMISSAL**

On October 21, 2020, this instant *pro se* petition for a writ of habeas corpus was transferred to this district from the Central District of California. Dkt. Nos. 7, 8. That same day, the Clerk of the Court informed Petitioner that this action was deficient because he had not paid the filing fee or submitted an *in forma pauperis* application. Dkt. No. 9. Petitioner was instructed to respond within twenty-eight days of the date of the order. Dkt. No. 9. The deadline has passed, and Petitioner has neither paid the filing fee nor submitted an *in forma pauperis* application. Nor has Petitioner otherwise communicated with the Court. The Court therefore DISMISSES this action without prejudice. Because this dismissal is without prejudice, Petitioner may move to reopen the action. Any motion to reopen must be accompanied by an *in forma pauperis* application with the required supporting documents. The Clerk shall enter judgment and close the file. All pending motions are DENIED as moot.

    **IT IS SO ORDERED.**

Dated: 2/5/2021

                                            _____
                                            HAYWOOD S. GILLIAM, JR.
                                            United States District Judge