UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIOVONTE DOUGLAS, | Case No. 20-cv-07370-HSG |
| Petitioner, | **JUDGMENT** |
| v. | |
| JEFF LYNCH, Warden, | |
| Respondent. | |

For the reasons set forth in the Order of Dismissal, this action is DISMISSED without prejudice. The Clerk shall enter judgement in favor of Respondent and against Petitioner, and close the file.

**IT IS SO ORDERED.**

Dated: 2/5/2021

HAYWOOD S. GILLIAM, JR.
United States District Judge