UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIOVONTE DOUGLAS,<br><br>    Petitioner,<br><br>    v.<br><br>JEFFREY LYNCH, Warden,<br><br>    Respondent. | Case No. 20-cv-07370-HSG<br><br>**ORDER VACATING DISMISSAL AND JUDGMENT; REOPENING CASE**<br><br>Re: Dkt. Nos. 12, 13 |

On February 5, 2021, the Court dismissed this action without prejudice for failure to either pay the filing fee or submit an *in forma pauperis* application, and entered judgment in favor of Respondent. Dkt. Nos. 12, 13. Petitioner paid the filing fee on December 8, 2020, but it was not docketed with the Court until February 23, 2021, after the dismissal and judgment were entered. Dkt. No. 8. Accordingly, the Clerk is directed to VACATE the February 5, 2021 Order of Dismissal and related judgment, and REOPEN this action. The Court will screen the petition in a separate order.

**IT IS SO ORDERED.**

Dated: 2/25/2021

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge